CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/11/2022

JULIA C. DUDLEY, CLERK
BY: s/ A. Little
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| JOHN PARLANTE,<br><br>*Plaintiff,*<br><br>v.<br><br>LIBERTY UNIVERSITY AND MICHAEL HART,<br><br>*Defendants.* | Case No. 6:21-cv-00053<br><br>ORDER<br><br>Judge Norman K. Moon |

This matter is before the Court on Defendants' motion to dismiss Plaintiff's second amended complaint. Dkt. 11. For the reasons set forth in the accompanying Memorandum Opinion, the Court concludes that Defendants' motion should be and hereby is **GRANTED**, and Plaintiff's second amended complaint is **DISMISSED, with prejudice**.

The Clerk of Court is instructed to terminate this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to the parties.

ENTERED this __11th__ day of May, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE